In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00024-CR


______________________________




SHANEL CHRISTINE GOOLSBY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 124th Judicial District Court


Gregg County, Texas


Trial Court No. 27889-B




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Shanel Christine Goolsby has filed a motion asking this Court to dismiss her appeal. 
Pursuant to Tex. R. App. P. 42.2, her motion is granted.

 The appeal is dismissed.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: March 4, 2003

Date Decided: March 5, 2003


Do Not Publish



, 2008, we contacted Mimms by letter,
reminding her that the record was past due, and warning that, if we did not receive an adequate
response within ten days, we would dismiss the appeal for want of prosecution pursuant to Rule
42.3(b) and (c) of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.3(b), (c).

 As of the date of this opinion, we have received no response. 

 We dismiss the appeal for want of prosecution.




 Josh R. Morriss, III

 Chief Justice


Date Submitted: March 20, 2008

Date Decided: March 21, 2008